**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 3:26-CR-211-N** |
| | § | |
| **KADARIUS WATERS (08)** | § | |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

Before the Court is the Defendant's Motion to Substitute Counsel filed May 4, 2026. The Court finds that all parties approve the motion and that the substitution is not sought for delay only.

IT IS, THEREFORE, ORDERED that Charles Bleil is discharged as attorney of record and Heath Hyde, State Bar No. 00796807, Address: 214 Connally St. Suite A, Sulphur Springs, Texas, 75482, Telephone No. (903) 439-0000, Fax No. (903) 439-0002 is substituted as attorney of record for Kadarius Waters.

SIGNED May 8, 2026.

_____
**DAVID C.  GODBEY
SENIOR UNITED STATES DISTRICT
JUDGE**