IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA     §
                             §
v.                           §          Crim. Action No. 3:26-CR-00211-N
                             §
KEDARIUS WATERS (8)          §

## ORDER

Before the Court is the Government's Motion and Brief for Revocation of Release Order filed May 5, 2026.  The defense filed a response on May 8, 2026.  The Motion is scheduled for Hearing on Wednesday, May 27, 2026 at 10:00 a.m. in courtroom 1505.

Signed May 12, 2026.

_____
David C. Godbey
Senior United States District Judge

ORDER – SOLO PAGE